**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAMES LANZA,**

**Plaintiff,**

**vs.** **Case No. 8:07-CV-00073-T-27TGW**

**GLOBAL/CHC WORLDWIDE LLC and ANTHONY CORSO,**

**Defendants.**
_______________________________/

# ORDER

**THIS CAUSE** comes before the Court upon the filing of Defendants' Motion to Defer Consideration of Plaintiffs Motion to Approve Settlement Agreement and for Entry of Final Judgment and to Continue May 8, 2007 Hearing (Dkt. 16) and Plaintiff's Response in Partial Opposition to Motion to Defer Consideration (Dkt. 17). Defendants ask the Court to postpone the hearing on Plaintiffs Motion to Approve Settlement currently scheduled on May 8, 2007, until after the date on which payment is due under the parties' settlement agreement, June 15, 2007. Plaintiff agrees to a limited continuance of the hearing until the week following May 18, 2007, the date on which Defendant, Corso's, counsel purportedly agreed by letter that Corso would make payment to Plaintiff. Accordingly, it is

**ORDERED AND ADJUDGED** that

(1) Defendants' Motion to Defer Consideration of Plaintiffs Motion to Approve Settlement Agreement (Dkt. 16) is **GRANTED**;

(2) The hearing scheduled for May 8, 2007, at 2:30 p.m. is **CANCELLED**;

(3) Counsel for Defendants shall file a pleading with the Court on or before **May 21, 2007,** notifying the Court of the status of the parties' settlement.

**DONE AND ORDERED** in Tampa, Florida this 7th day of May, 2007.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record