**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAMES LANZA,**

**Plaintiff,**

**vs.** **Case No. 8:07-CV-00073-T-27TGW**

**GLOBAL/CHC WORLDWIDE LLC**
**and ANTHONY CORSO,**

**Defendants.**
_____________________________/

**ORDER**

**THIS CAUSE** comes before the Court upon the filing of Defendants' Status Report Pursuant to Court's May 7, 2007 Order (Dkt. 19). Defendants represent that on May 18, 2007, final payment of the agreed upon settlement amount was wired to Plaintiff's counsel to be held in escrow pending delivery of the applicable releases. Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE AND ORDERED** in chambers on this 22nd day of May, 2007.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record